## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION—IN ADMIRALTY

IN THE MATTER OF THE COMPLAINT
OF PETER GRIFFIN, AS THE OWNER OF
A 2022 KEY WEST 239 FS, HULL
IDENTIFICATION NUMBER
KWEEF560E222, MARYLAND VESSEL
NUMBER MD1010CU, FOR
EXONERATION FROM, OR LIMITATION
OF, LIABILITY

Case No. _____

### LIMITATION PLAINTIFF'S *AD INTERIM* STIPULATION FOR VALUE

WHEREAS Limitation Plaintiff Peter Griffin (hereinafter, the "Limitation Plaintiff"), as the owner of a 2022 Key West 239 FS (Hull Identification Number: KWEEF560E222; Maryland Vessel Number: MD1010CU) (hereinafter, the "Limitation Vessel"), in this action for exoneration from, or limitation of, liability arising from an allision that occurred on June 1, 2024, on the Tred Avon River located in Talbot County, Maryland (hereinafter, the "Incident"), as more fully set forth in the Complaint in Admiralty filed herein (hereinafter, the "Limitation Complaint"), in which Limitation Plaintiff requests, among other things, that this Court:

1.      Issue a Notice to all persons who may have or who are asserting claims with respect to any loss, damage, or injury arising out of or occurring during the Incident, admonishing them to file their respective claims and answers, if any, to the Limitation Complaint filed herein;

2.      Issue an Order restraining, staying, and enjoining the commencement and further prosecution of all actions, suits, and proceedings with respect to such claims against Limitation Plaintiff, the Limitation Vessel, and any of Limitation Plaintiff's other property, except in this action; and

3.      Issue an Order accepting the instant *Ad Interim* Stipulation of Value for SEVENTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($17,500.00) (U.S.), which is the total amount of Limitation Plaintiff's interest in the Limitation Vessel; and

WHEREAS, Limitation Plaintiff wishes to prevent the further prosecution of all actions, suits, or proceedings against him, as aforesaid, or against the Limitation Vessel or any of his other property, and any actions, suits, or proceedings of any nature or description whatsoever in any and all courts, and he wishes to stipulate to the post-casualty value of the Limitation Vessel in the amount of his interest therein, amounting to SEVENTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($17,500.00) (U.S.), pending any further appraisement of value of Limitation Plaintiff's interest in the Limitation Vessel, as this Court may hereafter order; and

WHEREAS, Limitation Plaintiff is depositing with this Court a Letter of Undertaking, attached hereto the instant stipulation as its **Exhibit 1**, necessary to establish security for the limitation fund;

NOW, THEREFORE, the conditions of the *Ad Interim* Stipulation are that:

1.      The Limitation Plaintiff, by his undersigned counsel, hereby submits himself to the jurisdiction of this Court and appoints the undersigned counsel as his agent for the service of process in this matter, only;

2.      Pending any further appraisal of the value of Limitation Plaintiff's interest in the Limitation Vessel at the time in question as the Court may hereafter order, Limitation Plaintiff stipulates the sum of SEVENTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($17,500.00) (U.S.) as the value of Limitation Plaintiff's interest in the Limitation Vessel following the casualty; that, pursuant to further order of this Court confirming the appraisal of the value of Limitation Plaintiff's interest in the Limitation Vessel, he will file or cause to be filed, in

this action further stipulations for value, or other form of security as may be ordered by this Court, in the amount or value of such interest as thus ascertained; and, pending the filing of such further stipulation for value or other form of security as may be ordered by this Court, this Stipulation shall stand as security for all claims in response to said Limitation Complaint; and

3.    Until further stipulation for value or other form of security shall be substituted for this Stipulation as aforesaid, Limitation Plaintiff agrees to abide by all orders and decrees of this Court, intermediate or final, pay all court costs and fees earned by the U.S. Marshal as herein set forth, and to pay the amount awarded by the final decree rendered by this Court, or an appellate court if an appeal intervenes, up to the principal amount of this Stipulation with interest as aforesaid, and, if such payments are made, this Stipulation shall become void, otherwise to remain in full force and effect.

IT IS HEREBY STIPULATED AND AGREED, for the benefit of whom it may concern, that the Limitation Plaintiff shall be bound in the sum of SEVENTEEN THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($17,500.00) (U.S.), and to pay the amount awarded by the final decree rendered by this Court, or an appellate court if an appeal intervenes, up to the principal amount of this Stipulation with interest as aforesaid; and if such payments are made, this Stipulation shall become void, otherwise to remain in full force and effect.

Dated:  November 13, 2024                    Respectfully submitted,

PETER GRIFFIN

By:  _/s/ Michael D. Collett_
     Michael D. Collett | Fed No. 31066
     Willcox & Savage, P.C.
     440 Monticello Avenue, Suite 2200
     Norfolk, Virginia 23510
     Telephone:  757.628.5500
     Facsimile:   757.628.5566

mcollett@wilsav.com

*Counsel for Limitation Plaintiff*